# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>JOHN C. VERSTRAETE,<br>　　　　Defendant. | Case No.: 16-00348-01-CR-W-GAF<br><br>Date: October 18, 2018 |

## MINUTE SHEET

The Honorable Gary A. Fenner, presiding at Kansas City, Missouri

Nature of Proceeding: Sentencing Hearing

Time commenced:　1:18 p.m.　　　　　　　　Time terminated:　2:28 p.m.

## APPEARANCES

Plaintiff's counsel:　Sirena Miller Wissler, AUSA
Defendant's counsel:　Christopher Angles, Retained
Probation officer:　Penney Hodges

**PROCEEDINGS IN COURTROOM:** Parties appear as indicated above. Defendant appears in person. Objections ruled on the record. Defendant's objection to the 4 level enhancement for being a leader/organizer is sustained. There are objections to the Presentence Investigation Report that affect the guidelines or sentence imposed. The Court adopts the Report with changes. Defendant calls witnesses regarding defendant's character. Sentencing recommendations presented by counsel. Allocution granted to the defendant.

Witnesses:
Valerie Sims
1:39 pm – 1:43 pm
Chynwe Ahumareze
1:44 pm – 1:50 pm
Michelle Jones
1:51 pm -1:52 pm
Tim Coffey
1:53 pm – 1:57 pm

SENTENCE:　Defendant sentenced to the custody of the Federal Bureau of Prisons for a term of **12 months each on Count(s) 1 and 6, to run concurrent.**

Court Reporter:　Kathy Calvert　　　　　　　　　　　　　　　Courtroom Deputy:　Lisa Mitchell

Supervised release of **3 years each on Counts 1 and 6, to run concurrent,** w/mandatory, standard, and special conditions imposed.

Fine waived.  MSA of $200.00 imposed and to be paid today.  Restitution: $1,500,000.00.  Defendant advised of right to appeal.  Defendant ordered to self surrender at or before 2:00 p.m. on December 3, 2018.

The Court recommends to the Federal Bureau of Prisons:  that the defendant be designated to a Bureau of Prisons facility as near Kansas City, MO as possible.

Count(s) 2, 7, 8 and 9 dismissed on the motion of the United States.

---

Court Reporter:  Kathy Calvert  Courtroom Deputy:  Lisa Mitchell